**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6271**

———————

UNITED STATES OF AMERICA,

            Plaintiff – Appellee,

      v.

RON LEE SMITH,

            Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief District Judge.  (2:07-cr-00238-RBS-FBS-1)

———————

Submitted:  May 10, 2012                    Decided:  May 25, 2012

———————

Before AGEE, DAVIS, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ron Lee Smith, Appellant Pro Se. Kevin Michael Comstock, Assistant United States Attorney, Cameron Rountree, Special Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ron Lee Smith appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence based on Amendment 750 to the U.S. Sentencing Guidelines Manual ("USSG") (2010). Because Amendment 750 did not have the effect of lowering Smith's applicable Guidelines range, we affirm the district court's order. See USSG § 1B1.10. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED